IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| ROSAELIA GOMEZ, § | |
|     Plaintiff, § | |
| § | Civil Action No. |
| v. § | DR-15-CV-0103-AM-VRG |
| § | |
| STATE FARM LLOYDS, § | |
|     Defendant. § | |

## SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and having considered the parties' agreed scheduling proposal, the undersigned issues the following Scheduling Order.

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before **May 27, 2016.**

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before **March 11, 2016**, and each opposing party shall respond, in writing, on or before **April 8, 2016.**

3. The parties shall file all motions to amend or supplement pleadings and all motions to join additional parties on or before **January 15, 2016**

4. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before **February 5, 2016.** Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before **March 11, 2016.** All designations of rebuttal experts shall be filed within **14 days** of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Fed. R. Evid.

702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **60 days** of receipt of the written report of the expert's proposed testimony, or within **45 days** of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before **October 7, 2016.** Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions as defined in Rule CV-7(c) shall be filed no later than **October 28, 2016.**

8. This case is set for a pretrial conference before the undersigned Magistrate Judge on **December 20, 2016, at 1:30 p.m.** The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of trial.

**IT IS SO ORDERED** this 13th day of October, 2015.

_____
**VICTOR ROBERTO GARCÍA**
**UNITED STATES MAGISTRATE  JUDGE**