IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| ROSAELIA GOMEZ, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| | § | Civil Action No. |
| v. | § | DR-15-CV-0103-AM/VRG |
| | § | |
| STATE FARM LLOYDS, | § | |
| Defendant. | § | |

FILED
NOV 3 0 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## ORDER

On October 25, 2016, Plaintiff filed a motion to dismiss her claims against Defendant State Farm Lloyd's that complies with the requirements of Federal Rule of Civil Procedure 41(a)(2). (ECF No. 22.)

**IT IS THEREFORE ORDERED** that the motion to dismiss (ECF No. 22) is **GRANTED**. All of the Plaintiff's claims asserted in this suit against the Defendant are **DISMISSED WITH PREJUDICE** as set forth in the motion. Each party shall bear its own costs and fees. It is further **ORDERED** that all pending motions in the instant action be **DENIED** as moot, and that a Clerk's judgment shall immediately issue.

SIGNED this 30th day of November, 2016.

_/s/ Alia Moses_
ALIA MOSES
UNITED STATES DISTRICT JUDGE